AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

### NORTHERN DISTRICT OF CALIFORNIA

KYLE L. ADAMS, )
)
)
)
Plaintiff )
v. ) Civil Action No.
CITY & COUNTY OF SAN FRANCISCO, a )
municipal corporation, SHERIFF MICHAEL ) C08-03696
HENNESSEY in his capacity as Sheriff for the )
City and County of San Francisco; (see attach.) )
Defendant )

E-filing

ADR PJH

**Summons in a Civil Action**

To: See Attachment.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John L. Burris
Adante D. Pointer
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200 office
(510) 839-3882 fax

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                      Richard W. Wieking
                                                                Name of clerk of court

Date: AUG - 1 2008

                                                               CYNTHIA LENAHAN
                                                                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

United States District Court for the Northern District of California
ATTACHMENT OF DEFENDANTS

Kyle L. Adams,
 Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,
a municipal corporation, SHERIFF MICHAEL
HENNESSEY in his capacity as Sheriff
for the City and County of San
Francisco; SCOTT NEU individually and
in his official capacity as a San Francisco
Sheriff's Department Deputy for the CITY
AND COUNTY OF SAN FRANCISCO;
DOES 1-50, inclusive; individually and in
their official capacity for the CITY AND
COUNTY OF SAN FRANCISCO,
 Defendants.