DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY (IN HIS
OFFICIAL CAPACITY ONLY), SHERIFF'S
DEPUTY SCOTT NEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ADAMS,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A Municipal Corporation, SHERIFF MICHAEL HENNESSEY, In His Official Capacity As Sheriff For The City And County Of San Francisco, SCOTT NEU, Individually And In His Official Capacity As A San Francisco Sheriff's Department Deputy For The City And County Of San Francisco, DOES 1-50, Inclusive, Individually And In Their Official Capacities For The City And County Of San Francisco,<br><br>        Defendants. | Case No. 08-CV-3696 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date Action Filed:   August 1, 2008<br>Trial Date:              August 2, 2010 |

1    The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of Magistrate Judge Joseph Spero's November 7, 2008 Notice of Settlement Conference and Settlement Conference Order to continue the settlement conference from February 4, 2009 to April (with the exception of April 6, 13, 20, 24 and 27) or beyond if more convenient for the Court.

The parties make this request based on the following circumstances:

1.   On November 10, 2008, Judge Phyllis Hamilton ordered a settlement conference with Magistrate Judge Spero within 120 days, or as soon thereafter as is convenient for Judge Spero.

2.   On November 7, 2008, Magistrate Judge Spero ordered that a Settlement Conference be held on February 4, 2009 at 9:30 a.m.  Settlement conference statements are due fourteen days prior to the settlement conference, or on January 21, 2009.

3.   Defense counsel Robert A. Bonta has been on parental leave since December 18, 2008 and just returned to the office on January 20, 2009.  Defendants have not yet had the opportunity to depose plaintiff Kyle Adams, who is in custody at San Quentin State Prison.  Defense counsel and plaintiff's counsel are currently working to arrange the deposition of Mr. Adams for either late February or early March 2008.  In order for the settlement conference to be beneficial, defendants need to complete the deposition of plaintiff.

4.   This is the first time the parties have requested a modification of the settlement conference date.  No other dates will be affected by this requested change.

For the aforementioned reasons, the parties jointly request that the settlement conference currently scheduled for February 4, 2009 be continued to April (with the exception of April 6, 13, 20, 24 and 27) or beyond if more convenient for the Court.

1 **SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE**
2 **SETTLEMENT CONFERENCE**

4 STIPULATED AND AGREED:

5 Dated: January 23, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT BONTA
SEAN F. CONNOLLY
Deputy City Attorneys


By: ___s/*Robert Bonta*_____
       ROBERT BONTA
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SHERIFF MICHAEL HENNESSEY (IN HIS
OFFICIAL CAPACITY ONLY), SHERIFF'S DEPUTY
SCOTT NEU

Dated: January 23, 2009

LAW OFFICES OF JOHN L. BURRIS
ADANTE POINTER

By: ___s/*Adante Pointer*_____
       ADANTE POINTER
Attorneys for Plaintiff
KYLE ADAMS

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the Settlement Conference be continued from February 4, 2009 to __April 7__, 2009, at 9:30 a.m.

All provisions of the Court's original Notice & Settlement Conference order shall remain in effect.

DATED: __Jan. 23, 2009__



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero