JOHN L. BURRIS (State Bar No. 69888)
ADANTÉ D. POINTER (State Bar No. 236229)
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff
**KYLE L. ADAMS**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE L. ADAMS | Case No.: 08-cv-3696 PJH |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, SHERIFF MICHAEL HENNESSEY in his official capacity as Sheriff for the CITY and COUNTY of SAN FRANCISCO; SCOTT NEU individually and in his official capacity as a San Francisco Sheriff's Department Deputy for the CITY AND COUNTY OF SAN FRANCISCO; DOES 1-50, inclusive; individually and in their official capacities for the CITY AND COUNTY OF SAN FRANCISCO | |
| Defendants. | |

1  The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of Magistrate Judge Joseph Spero's Notice of Settlement Conference Order to continue the settlement conference currently scheduled for April 7, 2009, to a later date sometime within the month of August 2009 or some other date convenient to the court and the respective parties.

The parties make this request based upon the following circumstances:

1. The parties are currently scheduled to participate in a Settlement Conference before Magistrate Judge Spero on April 7, 2009.

2. The parties arranged to have Plaintiff's deposition taken on February 25, 2009, and February 26, 2009, at California State Prison, San Quentin, where plaintiff was in custody.

3. However, due to unforeseen circumstances, Defendants' counsel was unable to take Plaintiff's deposition on the noticed date. Specifically, the day before the noticed deposition date, Plaintiff's counsel went to visit Plaintiff at San Quentin and was advised that Plaintiff's housing classification had been recently changed. Plaintiff had been placed in Administrative Segregation and was no longer in General Population. Plaintiff's counsel was further advised that the classification change was due to threats being made against Plaintiff's life and the ensuing Department of Correction investigation into the same.

4. Plaintiff's counsel was further advised that proceeding with the noticed deposition may place Plaintiff's life in jeopardy.

5. Therefore, counsel for both parties agreed to continue Plaintiff's deposition to a later date wherein taking Plaintiff's deposition would not further compromise his security.

6. Plaintiff was recently transferred to Soledad State Prison and is awaiting transfer to California State Prison Mens' Colony (CMC) in San Louis Obispo. Unfortunately, the Department of Correction did not provide Plaintiff's counsel with a specific transfer date.

7. The parties intend to go forward with Plaintiff's deposition once he is transferred to CMC.

8. In order for the settlement conference to be beneficial, defendants need to complete Plaintiff's deposition.

1  9. In light of the foregoing, the undersigned parties, through counsel, STIPULATE and
2  AGREE and jointly request the Settlement Conference currently scheduled for April 7, 2009 be
3  continued to a later date in the month of August 2009 that is convenient for both the court and
4  the parties.

Date: March 20, 2009                             /s/ Adante D. Pointer_____
                                                 Adante D. Pointer, Esq.
                                                 Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the Settlement Conference be continued from April 7, 2009, to _____ , 2009, at 9:30 a.m. All provisions of the Court's original Notice of Settlement Conference order shall remain in effect.

**DENIED** — Judge Joseph C. Spero

DATED: March 23, 2009

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

ADAM vs. CCSF, et al.                                    STIP & [PROPOSED] ORDER TO
                                                         CONTINUE STLMNT CONF.