**JOHN L. BURRIS (State Bar No. 69888)**
**ADANTÉ D. POINTER (State Bar No. 236229)**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:     (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff
**KYLE L. ADAMS**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE L. ADAMS | Case No.: 08-cv-3696 PJH |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, SHERIFF MICHAEL HENNESSEY in his official capacity as Sheriff for the CITY and COUNTY of SAN FRANCISCO; SCOTT NEU individually and in his official capacity as a San Francisco Sheriff's Department Deputy for the CITY AND COUNTY OF SAN FRANCISCO; DOES 1-50, inclusive; individually and in their official capacities for the CITY AND COUNTY OF SAN FRANCISCO | |
| Defendants. | |

1  The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of Magistrate Judge Joseph Spero's Notice of Settlement Conference Order to continue the settlement conference currently scheduled for April 7, 2009, to August 27, 2009.

The parties make this request based upon the following circumstances:

1. The parties were previously scheduled to participate in a Settlement Conference before Magistrate Judge Spero on April 7, 2009.

2. Judge Phyllis Hamilton granted the parties' request to continue the Settlement Conference to a later date sometime within the month of August 2009.

3. In light of the foregoing, the undersigned parties, through counsel, STIPULATE and AGREE and jointly request the Settlement Conference currently scheduled for April 7, 2009 be continued to August 27, 2009.

Dated: April 21, 2009

                                            DENNIS J. HERRERA
                                            City Attorney
                                            JOANNE HOEPER
                                            Chief Trial Deputy
                                            ROBERT A. BONTA
                                            Deputy City Attorney

                                              By: ___/s/_____
                                                   ROBERT A. BONTA
                                                   Attorneys for Defendants

Dated: April 21, 2009                  LAW OFFICES OF JOHN L. BURRIS

                                            By: ___/s/_____
                                               ADANTÉ D. POINTER
                                               Attorneys for Plaintiff

ADAM vs. CCSF, et al.       STIP & [PROPOSED] ORDER TO CONTINUE STLMNT CONF.

- 2 -

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the Settlement Conference be continued from April 7, 2009, to August 27, 2009. All provisions of the Court's original Notice & Settlement Conference order shall remain in effect.

DATED: 4/21/09



_____
HONORABLE _____ ERO
UNITED ST_____ TE JUDGE

ADAM vs. CCSF, et al.    STIP & [~~PROPOSED~~] ORDER TO CONTINUE STLMNT CONF.

- 3 -