UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE ADAMS,

        Plaintiff,                 No. C 08-3696 PJH

    v.                             **ORDER OF DISMISSAL**

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.
_____/

    The parties hereto, via plaintiff's counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

IT IS SO ORDERED.

Dated: September 1, 2009

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge